USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND ET AL,

    Plaintiffs,

-against-

3H SERVICE SYSTEM, INC.,

    Defendant.

**OPINION AND ORDER**

19 Civ. 1411 (ER)

Ramos, D.J.:

On May 9, 2019, the Court issued a Scheduling Order granting Defendant's motion to adjourn the Order to Show Conference on the basis that Defendant needed time to obtain counsel. Doc. 13. Pursuant to 28 U.S.C. § 1654, corporations and partnerships must be represented by an attorney. Defendant is a Georgia corporation that provides professional facility services.

On June 26, 2019, Carl Mack, Defendant's representative, sent an email to the Court requesting a second adjournment on the basis that Defendant needs more time to comply with the underlying audit at issue. Plaintiffs submitted a letter opposing this second adjournment request on June 26, 2019. Doc. 16. As of June 28, 2019, Defendant has failed to acquire new counsel.

Accordingly, Defendant's request for a second adjournment is hereby DENIED. If Defendant does not obtain counsel by the scheduled July 12, 2019 hearing, then Defendant will be at risk of default. Plaintiffs are directed to send a copy of this Order to the Defendant.

SO ORDERED.

Dated: June 28, 2019
      New York, New York

Edgardo Ramos, U.S.D.J.