UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND, ET AL.,

          Plaintiffs,

– against –

3H SERVICE SYSTEM, INC.,

          Defendant.

**ORDER**

19-CV-1411 (ER)

RAMOS, D.J.:

By letter dated November 18, 2019, Plaintiffs stated that the parties have reached a tentative settlement in this matter and asked the Court to dismiss this case without prejudice and without costs. Doc. 24. The request is GRANTED. Fed. R. Civ. P. 41(a)(2).

The Clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: November 20, 2019
      New York, New York

                              EDGARDO RAMOS, U.S.D.J.